**No. 10-7046. Antonio Maurice Bing, Petitioner v. United States.**

562 U.S. 1052, 131 S. Ct. 619, 178 L. Ed. 2d 450, 2010 U.S. LEXIS 8810.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 387 Fed. Appx. 896.

**No. 10-7052. Kevin Andrew Pack, II, Petitioner v. United States.**

562 U.S. 1052, 131 S. Ct. 620, 178 L. Ed. 2d 450, 2010 U.S. LEXIS 8936.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 612 F.3d 341 and 622 F.3d 383.

**No. 10-7053. James Earl Meridyth, Petitioner v. United States.**

562 U.S. 1052, 131 S. Ct. 620, 178 L. Ed. 2d 450, 2010 U.S. LEXIS 8970.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 387 Fed. Appx. 869.

**No. 10-7055. Kevin Rendon, Petitioner v. United States.**

562 U.S. 1052, 131 S. Ct. 620, 178 L. Ed. 2d 450, 2010 U.S. LEXIS 8836.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 607 F.3d 982.

**No. 10-7056. Jose Antonio Celis, Juan Diego Giraldo, and Anayibe Rojas Valderama, Petitioners v. United States.**

562 U.S. 1052, 131 S. Ct. 620, 178 L. Ed. 2d 450, 2010 U.S. LEXIS 8889.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 391 U.S. App. D.C. 112, 608 F.3d 818.

**No. 10-7061. Darryl Smith, Petitioner v. United States.**

562 U.S. 1052, 131 S. Ct. 621, 178 L. Ed. 2d 450, 2010 U.S. LEXIS 8939.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 387 Fed. Appx. 918.

**No. 10-7064. Ruben Sanchez, Petitioner v. United States.**

562 U.S. 1052, 131 S. Ct. 621, 178 L. Ed. 2d 450, 2010 U.S. LEXIS 8927.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 612 F.3d 1.

**No. 10-7066. Donald James Konshuk, Petitioner v. United States.**

562 U.S. 1052, 131 S. Ct. 621, 178 L. Ed. 2d 450, 2010 U.S. LEXIS 8908.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 389 Fed. Appx. 618.